1 **Chester H. Adams, #3009**
Sparks City Attorney
2 P.O. Box 857
Sparks, Nevada 89432-0857
3 (775) 353-2324
**Attorneys for Defendant**
4 **City of Sparks**

5                         **UNITED STATES DISTRICT COURT**

6                                 **DISTRICT OF NEVADA**

7

8   PAUL PITSNOGLE,

9                   Plaintiff,              Case No.   3:08-CV-00563-KJD-RAM

10  vs.
                                            **STIPULATION AND ORDER FOR**
11  CITY OF SPARKS, a municipality organized   **DISMISSAL WITH PREJUDICE**
    and existing under the laws of the State of
12  Nevada, in particular the Sparks Police
    Department;
13
                    Defendant.
14  _____/

15

16        COME NOW, Plaintiff PAUL PITSNOGLE, by and through his counsel of record, Hager

17  & Herne, Robert R. Hager and Treva J. Herne, and Defendant CITY OF SPARKS, by and though

18  its counsel of record, Chester H. Adams, Sparks City Attorney, and hereby stipulate and agree that

19  the above-entitled matter be dismissed with prejudice, each party to bear their own attorney's fees

20  and costs.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

DATED this _____ day of March, 2011.

| HAGER & HEARNE | CHESTER H. ADAMS<br>Sparks City Attorney |
|---|---|
| By: /s/ Treva J. Hearne<br>**TREVA J. HEARNE, ESQ., #4450**<br>245 E. Liberty Street, Ste. 110<br>Reno, NV 89501<br>(775) 329-5800<br>**Attorneys for Plaintiff**<br>**PAUL PITSNOGLE** | By: /s/ Chester H. Adams<br>**CHESTER H. ADAMS, #3009**<br>Sparks City Attorney<br>P.O. Box 857<br>Sparks, NV  89432-0857<br>(775) 353-7842<br>**Attorneys for Defendant**<br>**City of Sparks** |

## ORDER

IT IS SO ORDERED.

Dated this ~~8~~ 11th day of April, 2011.

_____
**UNITED STATES ~~MAGISTRATE~~ JUDGE**
                        DISTRICT

L:\LITIGATION\Pitsnogle - CHA-SHB-DRT\Pleadings\Stipulation and Order for Dismissal With Prejudice.wpd

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date, I am serving the foregoing document(s) entitled **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the person(s) set forth below by:

___ Placing a true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices.

√ Case Management/Electronic Case Filing (CM/ECF)

___ Personal Delivery.

___ Facsimile (FAX).

___ Federal Express or other overnight delivery.

___ Reno/Carson Messenger Service.

If physically delivered, each is addressed as follows:

**Robert R. Hager, Esq.**
Hager & Hearne
245 E. Liberty St., Ste. 110
Reno, NV 89501
Attorney for Plaintiff
E-Mail: parrlawoffices@sbcglobal.net

**Stanley H. Brown, Jr.**
Law Office of Stanley H. Brown, Jr.
127 E. Liberty Street
Reno, NV 89501
*Attorney for Defendant, City of Sparks*
E-Mail: shbrownjr@sbcglobal.net

DATED this 8th day of April, 2011.

                                          /s/ Cyndi Boggan
                                          Cyndi Boggan